IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kimbrough, Brian T | Case Number: 05 B 63481 |
|---|---|---|
| | Kimbrough, Hjj | Judge: Wedoff, Eugene R |
| | Printed: 10/16/07 | Filed: 11/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  July 16, 2007
Confirmed:  January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,362.30 | |
| Secured: | | 1,161.40 |
| Unsecured: | | 4,753.74 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 428.81 |
| Other Funds: | | 18.35 |
| Totals: | 8,362.30 | 8,362.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | BUCRO | Administrative | 2,000.00 | 2,000.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,258.47 | 1,161.40 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 9,627.88 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 25.38 | 57.96 |
| 7. | Asset Acceptance | Unsecured | 107.95 | 264.53 |
| 8. | Asset Acceptance | Unsecured | 192.55 | 471.83 |
| 9. | Ford Motor Credit Corporation | Unsecured | 1,338.52 | 3,279.96 |
| 10. | Premier Bankcard | Unsecured | 26.68 | 60.93 |
| 11. | Capital One | Unsecured | 23.40 | 53.45 |
| 12. | Nicor Gas | Unsecured | 29.52 | 67.43 |
| 13. | B-Line LLC | Unsecured | 203.09 | 497.65 |
| 14. | Check Rite | Unsecured | | No Claim Filed |
| 15. | Peoples Choice Video | Unsecured | | No Claim Filed |
| 16. | Global Payments | Unsecured | | No Claim Filed |
| 17. | HomeComings Financial Network | Unsecured | | No Claim Filed |
| 18. | Armor Systems Co | Unsecured | | No Claim Filed |
| 19. | Gateway | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,833.44 | $ 7,915.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 183.99 |
| 5% | 122.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kimbrough, Brian T  
Kimbrough, Hjj  
Printed: 10/16/07

Case Number: 05 B 63481  
Judge: Wedoff, Eugene R  
Filed: 11/16/05

| | |
|---|---|
| 4.8% | 122.69 |
| | _____ |
| | $ 428.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_